UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-7071-CIV-HIGHSMITH



NIGHT
FILED

JUL - 2 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES ex rel., and
STATE OF FLORIDA ex rel.
TIRSO J. ROJAS, M. D.

       Plaintiffs,

vs.

SHERIDAN HEALTHCARE, INC.,
and SHERIDAN HEALTHCORP., INC.,

       Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Tirso J. Rojas, M.D. ("Rojas"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses this action, without prejudice.

Dated: July 2, 2003.

                                        ADORNO & YOSS, P.A.
                                        Attorneys for Plaintiff
                                        700 S. Federal Highway
                                        Suite 200
                                        Boca Raton, FL 33432
                                        Telephone: (561) 393-5660
                                        Facsimile: (561) 338-8698

                                        By: _____
                                            Garry W. O'Donnell, Esq.
                                            Florida Bar No.: 478148

ADORNO & YOSS, P.A.
700 SOUTH FEDERAL HIGHWAY • SUITE 200 • BOCA RATON, FL 33432 • TELEPHONE 561-393-5660 • TELEFAX 561-338-8698

202605.0001/R6019109_1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I hereby certify that a true and accurate copy of the Plaintiff's Notice of Voluntary Dismissal has been furnished by U.S. Mail upon: Jeffrey Levenson, Esq., Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Rochelle D. Brahm, Esq., Assistant Attorney General, Attorney General's Office, 1451 W. Cypress Creek Road, Suite 211, Fort Lauderdale, FL 33309; and Donald Williamson, Esq., Department of Justice, P.O. Box 261, Ben Franklin Station, Washington, D.C. 20044 this 2nd day of July, 2003.

Garry W. O'Donnell, Esq.