UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7071-CIV-HIGHSMITH

UNITED STATES ex rel.,
STATE OF FLORIDA ex rel.,
and TIRSO J. ROJAS, M.D.,

    Plaintiffs,

v.

SHERIDAN HEALTHCARE, INC.,
and SHERIDAN HEALTHCORP.,
INC.,

    Defendants.
_____/



## ORDER

THIS CAUSE is before the Court upon Plaintiff Tirso J. Rojas, M.D.'s Notice of Voluntary Dismissal (DE #32).

THE COURT has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this Cause be, and the same is, hereby DISMISSED without prejudice. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot and this case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 23 day of July, 2003.

                        SHELBY HIGHSMITH
                        UNITED STATES DISTRICT JUDGE

cc: Gary W. O'Donnell, Esq.

